A. E. TUNBERG, APPELLEE, V. CHARLES R. COURTNEY,
APPELLANT.

FILED SEPTEMBER 26, 1914.   No. 17,786.

Appeal: CONFLICTING EVIDENCE. A verdict on conflicting evidence, ap-
proved by the trial court, will not be set aside on appeal unless clearly
wrong.

APPEAL from the district court for Douglas county:
GEORGE A. DAY, JUDGE. *Affirmed.*

*Carl E. Herring* and *F. H. Woodland,* for appellant.

*H. C. Brome* and *D. L. Johnson, contra.*

FAWCETT, J.

From a judgment of the district court for Douglas coun-
ty, upon a promissory note, defendant appeals.

The defense pleaded and relied upon in the court below
was no consideration. The case was exhaustively tried by
able counsel on both sides. The jury returned a verdict in
favor of the plaintiff. The case must stand or fall now,
and if it were reversed for another trial would again have
to stand or fall, upon the question of the credibility of the
witnesses. There is a substantial conflict in the evidence
on the material issue in the case. In the argument at the
bar we were impressed with the idea that the judgment
might have to be reversed; but upon a careful examination
of the record we find ourselves unable to enter such an or-
der, although we concede that even now we entertain some
doubt about the correctness of the verdict. Under our
well-settled rules, we cannot permit mere doubt in our
minds to weigh as against the fact that the trial court and
jury saw the witnesses upon the stand and heard them tes-
tify. They were better able to determine the question of
credibility. We must yield our doubts, based upon the
cold record, to their judgment, based upon a hearing of

the testimony as it was given in court and an observance of the witnesses while giving it.

It is incidentally urged in the briefs that the court erred in the admission of certain testimony. It would serve no good purpose to set it out here. While the rulings were close to the border line, we do not think the court committed prejudicial error in receiving it.

Finding no reversible error in the record, the judgment of the district court is

AFFIRMED.